**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6269**

WILLIAM P. TROLINGER,

Plaintiff - Appellant,

versus

WILLIAM O.E. HENRY, Chief United States
Probation Officer; DAVID WONNEMAN; UNITED
STATES PROBATION AND PRETRIAL SERVICES
OFFICES,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, Senior District
Judge. (1:06-cv-01551-WMN)

Submitted: July 18, 2007                Decided: July 25, 2007

Before WILKINSON and KING, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

William P. Trolinger, Appellant Pro Se. James A. Frederick,
GOODELL, DEVRIES, LEECH & DANN, LLP, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William P. Trolinger appeals the district court's order denying relief on his challenge to the application of 42 U.S.C.§ 14135a (West 2005 & Supp. 2007) and the order denying in part his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Trolinger v. Henry, No. 1:06-cv-01551-WMN (D. Md. Dec. 20, 2006; Jan. 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED